JS-6

THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, a Georgia state-chartered banking corporation, doing business as BALBOA CAPITAL CORPORATION,<br><br>          Plaintiff,<br><br>    vs.<br><br>JAB CONSTRUCTION, INC., a Nevada corporation; INES ESQUIVEL, an individual,<br><br>          Defendants. | Case No. 8:25-cv-02692-KES<br><br>[Assigned to the Hon. Karen E. Scott]<br><br>**[PROPOSED] ORDER GRANTING PARTIES' STIPULATION FOR DISMISSAL AND RETAINING JURISDICTION**<br><br>Complaint Filed:  December 2, 2025<br>Trial Date:       None |

Salisian LLP

# [~~PROPOSED~~] ORDER

The Court, having considered the foregoing Stipulation of the Parties, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1.    Plaintiffs Ameris Bank, a Georgia state-chartered banking corporation doing business as Balboa Capital Corporation ("Balboa" or "Plaintiff"), and defendants JAB CONSTRUCTION, INC. ("JAB") and Ines Esquivel ("Esquivel") (collectively with JAB, "Defendant") (collectively with Plaintiff, the "Parties") Stipulation for Dismissal and Retaining Jurisdiction be accepted and GRANTED.

2.    This Court shall retain jurisdiction of this action until the terms of the Settlement Agreement are completed on or before February 15, 2030.

IT IS SO ORDERED.

DATED:   __February 13, 2026__        _____

                                    HON. KAREN E. SCOTT
                                    UNITED STATES MAGISTRATE JUDGE

Salisian LLP